# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| MUHAMMAD IMTIAZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> WILLIAM P. BARR, Attorney General ) <br> of the United States, et al. ) <br> ) <br> Respondents. ) | Case No.: 4:19-cv-00213-KOB-HNJ |

## MEMORANDUM OPINION

On May 22, 2019, Respondents filed a motion to dismiss Petitioner's 28 U.S.C. § 2241 habeas petition as moot on the ground that Immigration and Customs Enforcement ("ICE") removed Petitioner to Pakistan on or about May 14, 2019. (Docs. 13 & 13-1). Based on the evidence supporting Respondents' motion, the magistrate judge filed a report on May 22, 2019, recommending this action be dismissed without prejudice. (Doc. 14). The magistrate judge advised Petitioner of his right to file specific written objections to the report within fourteen days. (*Id.* at 2-3). On June 3, 2019, the U.S. Postal Service returned Petitioner's copy of the report mailed to his last known address as undeliverable with the notation, "Return to Sender-No Longer Here." (Doc. 15).[1]

---

[1] This court's independent review of ICE's online detainee locator system reveals no records matching Petitioner's A-Number and country of origin. https://locator.ice.gov.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, Respondents' motion to dismiss is due to be granted and the petition is due to be dismissed.

The court will enter a separate Final Order.

DONE and ORDERED this 17th day June, 2019.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE